**Edward CLAYPOOL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56300.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 1990.

Lew A. Kollias, Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his motion to vacate sentence pursuant to Rule 29.15 after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Terry WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56302.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 1990.

Michael Lee Henderson, Mary Anderson, Clayton, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial after an evidentiary hearing of his Rule 29.15 motion to vacate sentence. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).